IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMERA S. LECHNER, Individually, on behalf of the Mutual of Omaha 401(k) Long-Term Savings Plan and on behalf of a class of all those similarly situated; et. al;<br><br>Plaintiffs,<br><br>vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, UNITED OF OMAHA LIFE INSURANCE COMPANY, and JOHN DOES 1-50,<br><br>Defendants. | 8:18CV22<br><br>**ORDER** |

The parties have scheduled mediation to be held in January of 2020. They request an order extending discovery and related briefing deadlines to allow them sufficient time to diligently pursue this case and engage in mediation, explaining mediation could potentially resolve the matter before it progresses to the next stages of discovery. (Filing No. 80).

Upon consideration, and after conferring with counsel,

IT IS ORDERED:

1) All deadlines in this case are stayed pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on January 28, 2020 at 10:00 a.m. to discuss the outcome of the parties' mediation and, if necessary, further case progression deadlines. This conference will be cancelled if prior to the conference, the parties advise the court that the case is settled. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 57), to participate in the call.

October 6, 2019.

                                                              BY THE COURT:
                                                              *s/ Cheryl R. Zwart*
                                                              United States Magistrate Judge