# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMERA S. LECHNER, REGINA K. WHITE, and STEVEN D. GIFFORD individually, and on behalf of the MUTUAL OF OMAHA 401(k) LONG-TERM SAVINGS PLAN and on behalf of a class of all those similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>MUTUAL OF OMAHA INSURANCE COMPANY, UNITED OF OMAHA LIFE INSURANCE COMPANY and JOHN DOES 1-50, <br><br>Defendants. | CASE NO. 8:18-cv-00022-JFB-CRZ <br><br>Hon. Joseph F. Bataillon <br>Hon. Cheryl R. Zwart (Mag.) |

### PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT; CERTIFYING THE PROPOSED SETTLEMENT CLASS; APPOINTING CLASS COUNSEL; APPROVING THE FORM AND MANNER OF CLASS NOTICE; APPOINTING A SETTLEMENT ADMINISTRATOR; AND SCHEDULING A FINAL SETTLEMENT HEARING AND HEARING ON PLAINTIFF'S INCENTIVE AWARD AND ATTORNEY'S FEES AND EXPENSES

Plaintiffs Tamera S. Lechner, Regina K. White and Steven D. Gifford (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, and on behalf of the Mutual of Omaha 401(k) Long-Term Savings Plan and the Mutual of Omaha 401(k) Retirement Savings Plan (the "Plans"), moves this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an Order: (1) preliminarily approving the parties' proposed class action settlement for $6,700,000 (the "Settlement"); (2) certifying the proposed Class for settlement purposes; (3) establishing a plan for providing notice of the Settlement to Class Members; (4) appointing Class Counsel; (5) appointing a Settlement Administrator; and (6) setting a hearing for consideration of

final approval of the Settlement and consideration of Lead Counsel's motion for an incentive award to Plaintiff an award of attorney's fees and reimbursement of litigation expenses.

With the memorandum of law, Plaintiff submits copies of the fully executed Stipulation of Settlement (the "Settlement Agreement"). The following Exhibits are appended to the Settlement Agreement:

- Exhibit 1, proposed Preliminary Approval Order
- Exhibit 2, proposed Class Notice
- Exhibit 3, proposed Final Approval Order
- Exhibit 4, CAFA Notice

As reflected in the Settlement Agreement, the parties want to compromise and settle all issues and claims relating to the allegations made in this action on behalf of all members of the proposed Class. Plaintiff's proposed plan of allocation will fairly compensate Class Members in proportion to their relative losses resulting from Defendant's actions that allegedly benefitted Defendants at the expense of Class Members who paid Defendants excessive and unreasonable compensation for administrative expense and for the management of the Plans' guaranteed interest account, as described in the Complaint, and taking into account Defendant's proffered defenses.

WHEREFORE, Plaintiffs respectfully requests that the Court grant their Unopposed Motion and enter the proposed Preliminary Approval Order, which is attached as Exhibit 1 to the Settlement Agreement.

**DATED:** September 18, 2020

SCHNEIDER WALLACE COTTRELL KONECKY LLP

*/s/ John J. Nestico*
John J. Nestico
SCHNEIDER WALLACE COTTRELL KONECKY LLP
6000 Fairview Ave., Suite 1200
Charlotte, NC 28211
Telephone: (510) 740-2946
Facsimile: (866) 505-8036
jnestico@schneiderwallace.com

Todd Schneider
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

Todd S. Collins
Ellen T. Noteware
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
tcollins@bm.net
enoteware@bm.net

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020, I electronically filed the forgoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

I also served, via electronic mail a true and correct copy of the forgoing document to the following:

Christopher Boran
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL  60601-5094
Tel: +1.312.324.1000
Christopher.boran@morganlewis.com

Jeremy Blumenfeld
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL  60601-5094
Tel: +1.312.324.1000
Jeremy.blumenfeld@morganlewis.com

*Attorneys for Defendants*

        /s/   *John J. Nestico*
        John J. Nestico