# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMERA S. LECHNER, REGINA K. WHITE, and STEVEN D. GIFFORD individually, and on behalf of the MUTUAL OF OMAHA 401(k) LONG-TERM SAVINGS PLAN and on behalf of a class of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, UNITED OF OMAHA LIFE INSURANCE COMPANY and JOHN DOES 1-50,<br><br>Defendants. | CASE NO. 8:18-cv-00022-JFB-CRZ<br><br>Hon. Joseph F. Bataillon<br>Hon. Cheryl R. Zwart (Mag.) |

### PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER FINALLY APPROVING CLASS ACTION SETTLEMENT, THE PLAN OF ALLOCATION, AND DISTRIBUTION OF SETTLEMENT FUND

Plaintiffs Tamera S. Lechner, Regina K. White and Steven D. Gifford (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, and on behalf of the Mutual of Omaha 401(k) Long-Term Savings Plan and the Mutual of Omaha 401(k) Retirement Savings Plan (the "Plans"), move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an Order: (1) granting final approval of the parties' proposed class action settlement for $6,700,000 (the "Settlement"); (2) approving the plan of allocation set forth in Section 6.3 of the Settlement Agreement; and (3) approving the distribution of the Gross Settlement Amount in accordance with the terms of the Settlement Agreement.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e), this Court's Order Preliminarily Approving Settlement dated October 8, 2020 (ECF No. 102), and the Stipulation of

1

Settlement (the "Settlement Agreement") (ECF No. 101-1). The motion is based on the accompanying Memorandum of Law and the authorities cited therein, the declaration of John J. Nestico, the Settlement Agreement, and all files, records and proceedings in this matter.

WHEREFORE, Plaintiffs respectfully requests that the Court grant their Unopposed Motion and enter the proposed Final Approval Order.

Dated: January 4th, 2021               Respectfully submitted,

*/s/ John J. Nestico*
John J. Nestico
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
6000 Fairview Road, Suite 1200
Charlotte, NC 28210
Telephone: (704) 840-5263
Facsimile: (866) 505-8036
jnestico@schneiderwallace.com

Todd Schneider
James Bloom
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

Todd S. Collins
Ellen T. Noteware
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
tcollins@bm.net
enoteware@bm.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4th, 2021, I electronically filed the forgoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

I also served, via electronic mail a true and correct copy of the forgoing document to the following:

Christopher Boran
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL  60601-5094
Tel: +1.312.324.1000
Christopher.boran@morganlewis.com

Jeremy Blumenfeld
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL  60601-5094
Tel: +1.312.324.1000
Jeremy.blumenfeld@morganlewis.com

*Attorneys for Defendants*

                                               /s/   *John J. Nestico*
                                               John J. Nestico