IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMERA S. LECHNER, Individually, on behalf of the Mutual of Omaha 401(k) Long-Term Savings Plan and on behalf of a class of all those similarly situated; REGINA K. WHITE, Individually, on behalf of the Mutual of Omaha 401(k) Long-Term Savings Plan and on behalf of a class of all those similarly situated; and STEVEN D. GIFFORD, Individually, on behalf of the Mutual of Omaha 401(k) Long-Term Savings Plan and on behalf of a class of all those similarly situated;<br><br>     Plaintiffs,<br><br>  vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>     Defendants. | **8:18CV22**<br><br>**FINAL ORDER OF APPROVAL OF CLASS-ACTION SETTLEMENT** |

Pursuant to the final order of approval of class action settlement entered this date (Filing No. 111), Judgment for attorney fees, incentive awards and litigation expenses is entered in favor of the plaintiffs and against the defendants in the amount of $2,233,333.00.

Dated this 8th day of February 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge